**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| QCX LLC<br><br>VERSUS<br><br>LIZ MURRILL, *ET AL.* | CIVIL ACTION NO.: 2:26-cv-2482<br>c/w 2:26-cv-2612<br>c/w 2:26-cv-2614<br><br>**Applies to: 2:26-cv-2614**<br><br>JUDGE: Hon. Lance M. Africk<br><br>MAGISTRATE: Hon. Karen Wells Roby |

**GEMINI DEFENDANTS'**
**MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

**NOW INTO COURT**, Defendants Gemini Space Station, Inc., Gemini Titan, LLC, Gemini Olympus, LLC, and Gemini Trust Company, LLC (collectively, the "Gemini Defendants"), through undersigned counsel, for the reasons set forth in the attached Memorandum of Law respectfully move to dissolve the *ex parte* Temporary Restraining Order entered by the Louisiana 21st Judicial District Court, Parish of Tangipahoa on November 12, 2026, prior to removal of this action.

Dated: November 20, 2026

TAYLOR WELLONS POLITZ & DUHE, LLC

By: *s/ Michael Mann Thompson*
Michael Mann Thompson (Bar Roll No. 30758)
Paul J. Verlander (Bar Roll No. 19196)
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
Telephone: (225) 387-9888
Fax: (225) 387-9886
Email: mthompson@twpdlaw.com
pverlander@twpdlaw.com

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Sarah Weber*
Christian T. Kemnitz*
Brian J. Poronsky*
Sarah Weber*
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
christian.kemnitz@katten.com
brian.poronsky@katten.com
sarah.weber@katten.com

Daniel J. Davis*
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave., N.W., Ste. 800
Washington, DC 20006
Telephone: (202) 625-3500
daniel.davis@katten.com

**Pro hac vice* forthcoming

*Attorneys for Gemini Space Station, Inc., Gemini Titan, LLC, Gemini Olympus, LLC, and Gemini Trust Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading was served on November 20, 2026 by electronic filing through the courts electronic filing using the CM/ECF system upon all counsel of record.

*s/ Michael Mann Thompson*
Michael Mann Thompson