**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| QCX LLC<br><br>VERSUS<br><br>LIZ MURRILL, *ET AL.* | CIVIL ACTION NO.: 2:26-cv-2482<br>c/w 2:26-cv-2612<br>c/w 2:26-cv-2614<br><br>**Applies to: 2:26-cv-2614**<br><br>JUDGE: Hon. Lance M. Africk<br><br>MAGISTRATE: Hon. Karen Wells Roby |

**[PROPOSED] ORDER GRANTING**
**MOTION TO DISSOLVE TEMPORARY RESTRANIING ORDER**

Considering the Motion to Dissolve the Temporary Restraining Order, the Court finds that there is good cause to grant Gemini Defendants' request to dissolve the *ex parte* Temporary Restraining Order issued on November 12, 2026.

IT IS HEREBY ORDERED, that the Motion is GRANTED and the Temporary Restraining Order is DISSOLVED.

New Orleans, Louisiana, this _____ day of ____________, 2026.

______________________________
HON. LANCE M. AFRICK